FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| DAVALAN SALES, INC., a corporation; DAVALAN SALES, INC, a corporation, doing business as THE BANANA COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RASC ENTERPRISES, INC., a corporation doing business as RANCHITO SUPER MARKETS; RAUL VAZQUEZ, an individual,<br><br>Defendants | Case No. SACV-13-646 AG (JPRx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANTS RASC ENTERPRISES, INC., D/B/A RANCHITO SUPER MARKETS AND RAUL VAZQUEZ JOINTLY AND SEVERALLY |

Having read and considered the Parties' Stipulation For Entry of Judgment Against Defendants RASC ENTERPRISES, INC., a corporation d/b/a RANCHITO SUPER MARKETS ("Ranchito"); and RAUL VAZQUEZ ("RV"), an individual; and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs DAVALAN SALES, INC., a California corporation and doing business as THE BANANA COMPANY

1

1 collectively "Plaintiffs;" and against RASC ENTERPRISES, INC., a corporation d/b/a
2 RANCHITO SUPER MARKETS ("Ranchito"); and RAUL VAZQUEZ ("RV"), an
3 individual, jointly and severally, in the total amount of $11,456.76 (itemized as $8,659.37
4 in principal, plus $1,426.38 in attorney's fees, $486.18 in costs and $884.83 in finance
5 charges calculated at the annual rate of 10% from the date each invoice became due
6 through July 25, 2013), all of which qualifies for trust protection under the trust provision
7 of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]

8 Plaintiffs are further entitled to receive post-judgment interest at the [legal] rate ~~of 18% per annum on all unpaid principal sums due under this judgment~~ from ~~and after July 16, 2013 until fully paid.~~ [entry]

11 The Clerk shall enter judgment forthwith.

13 DATED: August 28, 2013

HON. ANDREW GUILLFORD
U.S. DISTRICT COURT JUDGE

NOTE: IT IS UNNECESSARY AND ~~[struck]~~ IMPRACTICABLE FOR THE COURT TO INDEPENDENTLY CONFIRM AND THEN SIGN THE SIX PAGE "ORDER APPROVING STIPULATION."

2